CHICAGO, BURLINGTON & QUINCY RAILWAY COMPANY

*v.*

STATE OF ILLINOIS.

*Opinion filed April 18, 1923.*

CONTRACT—*when State is liable.* There being no dispute as to the facts and law governing this case the Court enters an award to claimant for the amount of its claim.

Edward J. Brundage, Attorney General, for State.

Claimant files his claim for $25.00 based on a written contract to furnish use of side track of complainant to Illinois Soldiers and Sailors Home at Quincy for two quarters ending March 31, 1917, and September 30, 1918, for $12.50 per quarter equals $25.00.

The proof is ample and the attorney general files his written consent to allowance of $25.00 for which an award is hereby made.